UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
King Vision Pay-Per-View, Ltd.,
     Plaintiff,

-vs-                        STANDARD REFERRAL ORDER

                              CV-05-3035(FB)(KAM)

**Gurudatt Mohabir**, et. al.
     Defendants.
-------------------------------------------------



    This civil case here in above set forth is referred to Magistrate Judge MATSUMOTO for the following pre-trial purposes:

___ All of the following;
    or

Those purposes indicated below:

___ 1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

___ 2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

___ 3. To hear and determine any disputes arising from discovery;

___ 4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

___ 5. To prepare a pre-trial order where such order seems indicated;

___ 6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

___ 7. To file a report with the undersigned within 120 days as to the status of the case, in the event the tasks set forth above are not then completed.

__XX__ 8. __TO HOLD AN INQUEST OR HEARING TO DETERMINE DAMAGES AND ATTORNEY'S FEES ON PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION__

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        November 1, 2005