ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **OCTOBER 2, 2004**
**TRINIDAD/MAYORGA** Program,

                          Plaintiff,

-against-

**GURUDATT L. MOHABIR**, Individually and as
officer, director, shareholder and/or principal of
**LARRY FOOD ENTERPRISES INC.** d/b/a **ROTI**
**EXPRESS** a/k/a **ROTI EXPRESS RESTAURANT**
**& BAR**, and **LARRY FOOD ENTERPRISES INC.**
d/b/a **ROTI EXPRESS** a/k/a **ROTI EXPRESS**
**RESTAURANT & BAR**;

                          Defendants.
-------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No. CV-05-3035-FB-KM
Honorable Frederic Block

The Summons and Complaint in this action having been duly served upon the Defendants, **GURUDATT L. MOHABIR, Individually and as officer, director, shareholder and/or principal of LARRY FOOD ENTERPRISES INC. d/b/a ROTI EXPRESS a/k/a ROTI EXPRESS RESTAURANT & BAR, and LARRY FOOD ENTERPRISES INC. d/b/a ROTI EXPRESS a/k/a ROTI EXPRESS RESTAURANT & BAR**, on July 11, 2005, and said Defendants having failed to plead or otherwise appear in this action,

**NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED AND ADJUDGED** ~~that Kingvision Pay-Per-View Ltd., the Plaintiff, does recover jointly and severally of, GURUDATT L. MOHABIR, Individually,~~ THE MATTER IS REFERRED TO

1) ~~under 605(e)(3)(C)(i)(II) in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(iii) costs and Attorney's Fees of ONE THOUSAND ONE~~

M.J. MATSUMOTO TO HOLD AN INQUEST OR HEARING TO DETERMINE THE AMOUNT OF DAMAGES AND ATTORNEY'S FEES ON PLAINTIFFS MOTION FOR A DEFAULT JUDGMENT AND PREPARE A REPORT & RECOMMENDATION.

~~HUNDRED TWENTY FIVE DOLLARS ($1,125.00)~~
~~together with pre-judgment interest on the award from October 2, 2004 and it is further~~

~~**ORDERED AND ADJUDGED** that Kingvision Pay-Per-View Ltd., the Plaintiff, does recover jointly and severally of LARRY FOOD ENTERPRISES INC. d/b/a ROTI EXPRESS a/k/a ROTI EXPRESS RESTAURANT & BAR,~~
  1) ~~under 605(e)(3)(C)(i)(II) in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)~~

  2) ~~and under 605(e)(3)(C)(ii) a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)~~

  3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND ONE HUNDRED TWENTY FIVE DOLLARS ($1,125.00)~~

together with pre-judgment interest on the award from October 2, 2004 and it is further

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 11/1 , 2005

HONORABLE FREDERIC BLOCK
United States District Judge